ACCEPTED
03-13-00175-CR
4807991
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/8/2015 1:18:08 PM
JEFFREY D. KYLE
CLERK

# LAW OFFICE OF PATRICK HOWARD

### ATTORNEY AND COUNSELOR AT LAW
101 South First
P.O. Box 74
Bangs, Texas 76823
Telephone: (325) 752-7321
Facsimile:  (325) 752-7653
Email:Pdhattorney@hotmail.com

April 8, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

4/8/2015 1:18:08 PM

JEFFREY D. KYLE
Clerk

Jeffrey Kyle
Clerk of Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Re: Donovan Morrow v. The State of Texas, Appeal No. 03-13-00175-CR, IN THE 3rd COURT OF APPEALS, AUSTIN, TEXAS

Dear Mr. Kyle:

Previously, I filed this letter and found it had a typo in it.  Please also plade this letter in the file. In accordance with Rule 48.4, I certify that on March 18th, 2015, I sent a copy of this Court's Opinion to Donovan Morrow at his last known address.

That letter also advised DONOVAN MORROW of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68.  The letter and opinion were mailed using certified mail, return receipt requested.

A copy of the return receipt is attached.

If you have any questions, please feel free to contact me.

Sincerely,

Patrick Howard